# United States Court of Appeals
## For the First Circuit

No. 05-1815

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID RODRIGUEZ-PACHECO,

Defendant, Appellant.

ERRATA SHEET

The majority opinion of this Court issued on February 5, 2007 is amended as follows:

Page 4, lines 1-2 of first paragraph:  replace "under a Superseding Indictment" with "in a Superseding Indictment"

Page 8, line 1 of second new paragraph:  replace "Under Nolan," with "In Nolan,"

Page 8, line 4 of second new paragraph:  replace "images depicted were" with "images depicted are"

Page 8, line 6 of second new paragraph:  replace "in light, inter alia, of the clarity" with "in light of, inter alia, the clarity"

Page 20, line 2:  replace "to explain why the image was not real," with "to explain why the image was real,"  (i.e., delete "not")

Page 20, heading "C.":  replace "By The Dissent" with "by the Dissent"